# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0460
LT Case No. 2024-MM-000140-A

_____

CHANNING LEAVERTIS BYRD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the County Court for Seminole County.
Michael Joseph Rudisill, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

September 30, 2025

PER CURIAM.

   AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____